IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

THOMAS WHITMAN                                    *

    On his own behalf and on behalf of all            *
    Other similarly situated,

                                         *

        Plaintiff

                                         *    Case No.:  1:09-cv-01737-WMN

v                                         *

CAPITAL ONE BANK (USA), N.A.                      *

        Defendant                                *

*    *    *    *    *    *    *    *    *    *    *    *    *    *

**<u>ENTRY OF APPEARANCE</u>**

Dear Clerk:

      Please enter the appearance of PETER A. HOLLAND and The Holland Law Firm, P.C.,

as additional counsel for the Plaintiffs in this case.

                               Respectfully submitted,

                               _____/s/_____
                               PETER A. HOLLAND (Fed. Bar # 10866)
                               The Holland Law Firm, P.C.
                               1410 Forest Drive, Ste. 21
                               Annapolis, MD  21403
                               (410) 280-6133
                               peter@hollandlawfirm.com

                               Scott C. Borison (Fed. Bar # 22576)
                               Legg Law Firm, LLC.
                               5500 Buckeystown Pike
                               Frederick MD 21703
                               (301) 620-1016

Borison@legglaw.com

Douglas B. Bowman (Fed Bar # 8693)
P.O. Box 503
Middletown, MD  21769
(240) 566 6050

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd  day of August, 2009, a copy of the foregoing Entry of Appearance was electronically filed using the CM/ECF system and was therefore sent by electronic mail when filed to:

Ava E. Lias-Booker, Esquire
Sung B. (Ben) Yhim, Esquire
McGuire Woods, LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD  21202

Counsel for Defendant Capital One Bank (USA), N.A.

_____/s/_____
PETER A. HOLLAND